# NO. 12-13-00357-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TOCARRA LOCKETT A/K/A TOCARRA MCKIND, APPELLANT* | *§* | *APPEAL FROM THE 420TH* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS, APPELLEE* | *§* | *NACOGDOCHES COUNTY, TEXAS* |

## *PER CURIAM ORDER*

By opinion dated March 25, 2015, this Court reversed the trial court's judgment of conviction for unlawful possession of a firearm. Pending before us is Appellant's motion for reasonable bail, which he alleges would be a $2,500 surety bond. The State filed a response requesting that this Court follow Appellant's recommendation.

Upon reversal of a conviction, a defendant is entitled to release on reasonable bail, regardless of the length of the term of imprisonment, pending final determination of the appeal by the State or defendant on petition for petition for discretionary review. TEX. CODE CRIM. PROC. ANN. art. 44.04(h) (West 2006). The statute further provides this Court shall determine the amount of bail if, as here, bail is requested before a petition for discretionary review has been filed. *See id.*

Upon consideration of Appellant's motion, it appears to the Court that Appellant is entitled to the relief requested. Accordingly, pursuant to Article 44.04(h), the Court hereby sets reasonable bail in the amount of $2,500, to be filed with the clerk of the 420th District Court, conditioned on the sureties being approved by the trial court. *See id.*

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

FILE COPY

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 9th day of April 2015, A.D.



CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk